**ARENDI U.S.A., INC. and Arendi Holding Limited, Plaintiffs–Appellants,**

v.

**MICROSOFT CORPORATION, Defendant–Cross Appellant.**

**No. 05–1170, 05–1171.**

United States Court of Appeals, Federal Circuit.

Feb. 8, 2006.

Before MAYER, SCHALL, and PROST, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

---

**Domenic L. AMATO, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

**No. 06–3096.**

United States Court of Appeals, Federal Circuit.

Feb. 8, 2006.

Domenic L. Amato, pro se.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.